

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00422-CV

IN THE INTEREST OF A.S. AND A.M., CHILDREN

§ On Appeal from the 323rd District Court

§ of Tarrant County (323-107789-18)

§ March 2, 2020

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's termination order. It is ordered that trial court's termination order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel